Peter Afrasiabi, Esq. (Cal. Bar No. 193336)
  pafrasiabi@onellp.com
John Tehranian, Esq. (Cal. Bar No. 211616)
  jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081
www.onellp.com

Attorneys for Plaintiff,
  FITLOSOPHY, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FITLOSOPHY, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BOB HARPER ENTERPRISES, a California corporation; GOFIT LLC, a Texas limited liability corporation; BROOK BENTEN, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | **Case No. SACV12-00207 DOC (RNBx)**<br><br>Hon. David O. Carter<br><br><br>**ORDER ENTERING CONSENT DECREE AND DISMISSAL WITH PREJUDICE** |

20574.1

1

**CONSENT DECREE**

**ORDER ENTERING CONSENT DECREE AND DISMISSAL WITH PREJUDICE**

The above-entitled matter having been compromised and settled by and among Plaintiff Fitlosophy, Inc. ("FITLOSOPHY"), on the one hand, and Bob Harper Enterprises, GoFit LLC, Brook Benten (collectively, DEFENDANTS), on the other hand, the following Consent Decree and Order is made and entered by the undersigned, the Honorable David O. Carter, Judge of the United States District Court for the Central District of California, pursuant to the concurrently-filed Stipulation of Plaintiff and Defendants through their counsel.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Plaintiff, Defendants and the subject matter of this action.  Venue in this district is proper.
2. From and after the entry of this Consent Decree and Order and pursuant to 17 U.S.C. § 502, DEFENDANTS and their affiliates, administrators, successors and assigns are hereby and permanently enjoined from engaging in any activities, including but not limited to reproduction, distribution, public display, public performance, or preparation of an derivative work, that directly, contributorily, inducingly or vicariously infringes any section 106 (17 U.S.C. § 106) rights held by Fitlosophy, Inc. in the work at issue in the Lawsuit (identified in the Complaint as "Fitbook" and covered, inter alia, in Registration No. TX 6-957-136 with the United States Copyright Office).
3. From and after the entry of this Consent Decree and Order and pursuant to 17 U.S.C. § 503, each Defendants and his/her/its affiliates, administrators, successors and assigns are hereby and immediately ordered to destroy each and every single existing copy of the product identified in the Complaint as "Fitlog" in his/her/its possession.

4. FITLOSOPHY and DEFENDANTS shall require that their affiliated companies, owners, members, managers, directors, officers, attorneys, agents, representatives and employees, successors and assigns comply with all terms of this Consent Decree and Order.

5. No delay or failure by FITLOSOPHY or DEFENDANTS, or any of them, to enforce any right arising under this Consent Decree and Order, or to enforce against any breach thereof, shall be construed as waiver of any such right or breach.

6. The parties hereto have agreed that any disputes concerning or arising out of their Settlement Agreement or this Consent Decree and Order, or any action or proceeding to enforce the same, shall be subject to the venue and jurisdiction of the United States District Court for the Central District of California and this Court would hear any such disputes in the event they were to arise.

7. FITLOSOPHY'S claims against DEFENDANTS are dismissed, with prejudice, except as to enforcement of this Consent Decree and Order and the parties' Settlement Agreement. Each party shall bear its own costs and attorneys' fees, provided, however, that the parties have agreed that in any proceeding to enforce the Settlement Agreement or Consent Decree and Order the substantially prevailing party shall be entitled to recover its costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 2, 2012

*/s/ David O. Carter*
_____
The Honorable David O. Carter
United States District Court